IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCENT TECHNOLOGIES INC., ET AL.** | : | **CIVIL ACTION NO. 02-CV-3837** |
| **Plaintiff,** | : | |
| vs. | : | |
| **BROADCOM CORPORATION** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW,** this 14th day of August 2002, it has been reported that the Plaintiff has filed a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure on August 2, 2002, and upon Order of the Court pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure (effective March 2002), **IT IS HEREBY ORDERED and DECREED** that the above action is **DISMISSED WITHOUT PREJUDICE and WITHOUT COST**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**